No. 98–5743. CUTEREZ MORALES v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 98–5764. PEROTTI v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5791. KELLEY v. ROLFS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5805. SMITH v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5821. TUBWELL v. EVANS. Sup. Ct. Miss. Certiorari denied.

No. 98–5828. DEMPSEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5836. BEACHEM v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–5837. RICHARDSON v. VIRGINIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5840. SANDERS v. HOBBS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–5843. HECKER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–5852. ARKADILE v. WORTHINGTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5862. THOMAS v. BARTLETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–5871. LYNCH v. PATHMARK SUPERMARKETS. C. A. 2d Cir. Certiorari denied.

No. 98–5873. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5877. PEREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.